```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
               Plaintiff,       )            4:03CR3128
                                )
          v.                    )
                                )
ADRIAN BONILLA,                 )                ORDER
                                )
               Defendant.       )
_____ )
```

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 52).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment is dismissed without prejudice as to defendant, Adrian Bonilla.

DATED this 24th day of April, 2012.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court